| | | SUM-100 |
|---|---|---|
| **SUMMONS** ON FIRST AMENDED COMPLAINT<br>**(CITACION JUDICIAL)**<br>**NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>CITY OF PALO ALTO, CRAIG LEE<br>DOES 1 to 10<br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br>CAROL DURHAM | RECEIVED<br>JAN 1 0 2012<br>BY:_____ | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)*<br>ENDORSED<br>FILED<br>DEC 22 2011 |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY<br>191 North First Street, San Jose, California 95113 | CASE NUMBER:<br>*(Número del Caso):*<br>111CV211826 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Carol Durham, 47154 Morse Terrace, Fremont, CA 94539. (510) 386-1187

DATE: DEC 2 2 2011    DAVID H. YAMASAKI   Clerk, by _____, Deputy
*(Fecha)*          Chief Executive Officer/Clerk   *(Secretario)*         *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Carol Durham <br> 47154 Morse Terrace <br> Fremont, CA 94539 <br><br> TELEPHONE NO: (510) 386-1187  FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): in pro per | FOR COURT USE ONLY <br><br> (ENDORSED) <br> FILED <br> DEC 22 2011 <br> [Superior Court stamp] |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
STREET ADDRESS: 191 North First Street
MAILING ADDRESS: 191 North First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME:

PLAINTIFF: CAROL DURHAM

DEFENDANT: CITY OF PALO ALTO, CRAIG LEE

[✓] DOES 1 TO 10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
  [✓] AMENDED (Number): FIRST
Type (check all that apply):
  [ ] MOTOR VEHICLE  [✓] OTHER (specify):
  [ ] Property Damage  [ ] Wrongful Death
  [✓] Personal Injury  [ ] Other Damages (specify):

Jurisdiction (check all that apply):
  [ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded  [ ] does not exceed $10,000
  [ ] exceeds $10,000, but does not exceed $25,000
  [✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
  [ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER: 111CV211826

1. Plaintiff (name or names): CAROL DURHAM
   alleges causes of action against defendant (name or names):
   CITY OF PALO ALTO, CRAIG LEE and DOES 1 to 10
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Durham v. City of Palo Alto et al | CASE NUMBER: I11CV211826 |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): CITY of PALO ALTO
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☑ a public entity (describe):
          municipal corporation
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 5 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1 to 10 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Durham v. City of Palo Alto et al | 111CV211826 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☑ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☑ Other *(specify):*

    Five causes of action; (1) Assault and Battery; (2) Sexual battery; (3) Civil rights violation: unreasonable search, seizure, detention, privacy violation, 42 USC 1983; (4) 42 USC 1983, gender discrim., sexual harrassment; (5) 42 USC 1983, racial discrimination.

11. Plaintiff has suffered
    a. ☑ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☑ property damage
    f. ☑ loss of earning capacity
    g. ☑ other damage *(specify):*

    all damages within jurisdiction of this court.
    punitive damages against CRAIG LEE and other individuals

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☐ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) ☑ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date:

Carol Durham
(TYPE OR PRINT NAME)                    ▶ *(signature)*
                                         (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

PLD-PI-001(3)

| SHORT TITLE: Durham v. City of Palo Alto et al | CASE NUMBER |
|---|---|

FIRST **CAUSE OF ACTION—Intentional Tort** Page 4
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: CAROL DURHAM

alleges that defendant *(name)*: CITY OF PALO ALTO and CRAIG LEE andDOES 1 to 10

☑ Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* March 7, 2011
at *(place)* Embarcadero near El Camino & Town & Country Center, in Palo Alto, CA

*(description of reasons for liability)*:

At said time and place, defendants and each of them committed and caused to be committed an assault and battery on the plaintiff. Defendants CRAIG LEE, DOES 1 to 5, and each of them forced plaintiff to turn around, put her hands behind her back, and lean towards her car for a search, Then defendant CRAING LEE touched plaintiff's legs, leaned his body into plaintiff's, and continued with his forearms to plaintiff's abdomen, continuing up under her breast, then asked her to lean against her car, and lift her plants leg up to see her ankles. All of the aforementioned actions were without probable cause, without consent and illegal. The aforementioned defendants did the things described above as agents and employees of the CITY OF PALO ALTO, acting within the scope of their employment.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

|  | PLD-PI-001(3) |
|---|---|
| SHORT TITLE: Durham v. City of Palo Alto et al | CASE NUMBER |

__SECOND__     **CAUSE OF ACTION—Intentional Tort**     Page __5__
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: CAROL DURHAM

alleges that defendant *(name)*: CITY OF PALO ALTO and CRAIG LEE and DOES 1 to 10

☑ Does __1__ to __10__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* March 7, 2011
at *(place)* Embarcadero near El Camino Real, & near Town & Country Center, in Palo Alto, CA

*(description of reasons for liability)*:

At said time and place, defendants and each of them committed and caused to be committed a sexual battery on the plaintiff within the meaning of Civil Code Section 1708.5. Defendants CRAIG LEE, DOES 1 to 5, with intent to cause offensive contact with the intimate parts of plaintiff and to cause plaintiff imminent apprehension of sexual battery and each of them forced plaintiff to turn around, put her hands behind her back, and lean towards her car for a search, Then defendant CRAING LEE touched plaintiff's legs, leaned his body into plaintiff's, and continued with his forearms to plaintiff's abdomen, continuing up under her breast, then asked her to lean against her car, and lift her plants leg up to see her ankles. All of this did in fact caused plaintiff to have imminent apprehension of sexual battery. All of the aforementioned actions were without probable cause, without consent and illegal. The aforementioned defendants did the things described above as agents and employees of the CITY OF PALO ALTO, acting within the scope of their employment.

   As a proximate result of the aforementioned action, plaintiff suffered great physical, mental and emotional damage, including also feelings of humiliation and degradation, all to her general damages within the jurisdiction of this Court, As a further proximate result of said actions, plaintiff was forced to and continues to be forced to incur medical, therapeutic and incidental expenses, suffered loss of earning ability, in an amount within the jurisdiction of this Court.

   A copy of the claim plaintiff filed against the CITY OF PALO ALTO on June 22, 2011, attached hereto as Exhibit "A", and incorporated herein by reference as though fully set forth herein. The claim was rejected by the CITY OF PALO ALTO on July 18, 2011.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Durham v. City of Palo Alto et al | 111CV211826 |

___THIRD___   **CAUSE OF ACTION—Intentional Tort**   Page ___6___
(number)

ATTACHMENT TO   ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: CAROL DURHAM

alleges that defendant *(name)*: CRAIG LEE, CITY OF PALO ALTO

☑ Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* March 7, 2011
at *(place)* Embarcadero near El Camino Real, & near Town & Country Center, in Palo Alto, CA

*(description of reasons for liability)*:

At said time and place, the defendants and each of them deprived plaintiff of her civil rights guaranteed under the Fourth Amendment and Fourteenth Amendment of the United States Constitution, namely, the right to be free of illegal searches and seizures, all in violation of 42 USC 1983, in that defendants, under color of state law, did conduct an illegal, warrantless and unreasonable search and seizure of plaintiff, and illegal detention of plaintiff, invading her privacy, by doing the following acts: Defendants CRAIG LEE and DOES 1 to 5, while acting as police officers for defendant CITY OF PALO ALTO, did without warrant or probable cause, force plaintiff to turn around , put her hands behind her back, and lean towards her car for a search. Then, defendant CRAIG LEE, a male officer, touched the legs of plaintiff, a woman, leaned his body into plaintiff's, and continued with his forearms to plaintiff's abdomen, continuing up her breast, then asked her to lean against her car, and lift her pants leg up to see her ankles, while DOES 1 to 5, also male officers, looked on, encouraging and approving said acts. Plaintiff is informed and believes and thereon alleges that said defendants did such acts pursuant to policy of CITY OF PALO ALTO which does not prohibit such acts, and were acting as employees and agents of the City of Palo Alto, acting within the scope of such employment and agency.

As a proximate result of the aforementioned action, plaintiff suffered great physical, mental and emotional damage, including also feelings of humiliation and degradation, all to her general damages within the jurisdiction of this Court. As a further proximate result of said actions, plaintiff was forced to and continues to be forced to incur medical, therapeutic and incidental expenses, suffered loss of earning ability, in an amount within the jurisdiction of this court.

A copy of the claim filed against the CITY OF PALO ALTO, on June 22, 2011, is attached hereto as Exhibit "A", and incorporated herein by reference as though fully set forth herein. The claim was rejected by the CITY OF PALO ALTO on July 18, 2011.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(3)

| SHORT TITLE: Durham v. City of Palo Alto | CASE NUMBER 111CV211826 |
|---|---|

FOURTH **CAUSE OF ACTION—Intentional Tort**  Page 7
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: CAROL DURHAM

alleges that defendant *(name)*: CRAIG LEE, CITY OF PALO ALTO

[✓] Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* March 7, 2011
at *(place)* Embarcadero near El Camino Real, & near Town & Country Center, in Palo alto, CA

*(description of reasons for liability)*:

At said time and place, the defendants and each of them, deprived plaintiff of her civil rights guaranteed under the Fourteenth Amendment of the United States Constitution, namely the right to Equal Protection, and the right to be free of gender discrimination and of sexual harrassment, and plaintiff is entitled to damages under 42 USC 1983. At said time and place, defendants CRAIG LEE, a police officer employed by the CITY OF PALO ALTO, along with his fellow officers DOES 1 to 5, all of them acting under color of state law, did discriminate against plaintiff, and caused and encouraged her to be discriminated against, and sexually harrassed, as follows: While plaintiff was being detained by said officers, said officers forced plaintiff to turn around, put her hands behind her back,and lean towards her car for a search. Then, defendant CRAIG LEE, a male officer, touched the legs of plaintiff, a woman, leaned his body into plaintiff's, and continued with his forearms to plaintiff's abdomen, continuing up her breast, then asked her to lean against her car, and lift her pants leg up to see her ankles, while DOES 1 to 5, also male officers, looked on, encouraging and approving said acts. Plaintiff is informed and believes and thereon alleges that said defendants did such acts pursuant to policy of CITY OF PALO ALTO which does not prohibit such acts, and were acting as employees and agents of the CITY OF PALO ALTO, acting within the scope of such employment and agency.

   As a proximate result of the aforementioned action, plaintiff suffered great physical, mental and emotional damage, including also feelings of humiliation and degradation, all to her general damages within the jurisdiction of this court. As a further proximate result of said actions, plaintiff was forced to and continues to be forced to incur medical, therapeutic and incidental expenses, suffered loss of earning ability, in an amount within the jurisdiction of this court.

   A copy of the claim filed against the CITY OF PALO ALTO, on June 22, 2011, is attached hereto as Exhibit "A", and incorporated herein by reference as though fully set forth herein. The claim was rejected by the CITY OF PALO ALTO on July 18, 2011.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Durham v. City of Palo Alto et al | 111CV211826 |

<u>FIFTH</u>      **CAUSE OF ACTION—Intentional Tort**      Page   8
(number)

ATTACHMENT TO   [✓] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: CAROL DURHAM

     alleges that defendant *(name)*: CRAIG LEE, CITY OF PALO ALTO

[✓] Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* March 7,2011
at *(place)* Embarcadero, near El Camino Real, & near Town & Country, in Palo Alto,CA

*(description of reasons for liability)*:

At said time and place, the defendants and each of them, deprived plaintiff of her civil rights guaranteed under the Fourteenth Amendment of the United States Constitution, namely the right to Equal Protection, by invidious discrimination against plaintiff because plaintiff is an African American, and plaintiff is entitled to damages under 42 USC 1983. at said time and place, defendants CRAIG LEE, a police officer employed by the CITY OF PALO ALTO, along with his fellow officers DOES 1 to5, all of them acting under color of state law, did discriminate plaintiff because plaintiff was an African American, as follows; Plaintiff was unreasonably detained by said officers, and said officers forced plaintiff to turn around, put her hands behind her back, and lean towards her car for a search, an unreasonable search. Then,defendant Craig Lee, a male officer, touched the legs of plaintiff, a woman, leaned his body into plaintiff's, and continued with his forearms to plaintiff's abdomen, continuing up her breast, then asked her to lean against her car, and lift her pants leg up to see her ankles, while DOES 1 to 5, also male officers, looked on, encouraging and approving said acts. Plaintiff is informed and believes and thereon alleges that said defendants did such acts pursuant to policy of CITY OF PALO ALT, which does not prohibit such acts, and did them while acting as agents and employees of such agency and employment.

    As a proximate result of the aformentioned ats, plaintiff suffered great physical, menatl and emotional damage, including feelings of humiliation and degradation, all to her general damages within the jurisdiction of this court. As a further proximate result of said actions, plaintiff was forced to and continues to be forced to incur medical, therapeutic and incidental expenses, suffered loss of earning ability in an amount within the jurisdiction of this court. A copy of the claim filed against the CITY OF PALO ALTO on June 22, 2011, is attached hereto as Exhibit "A", and incorporated herein by reference as though fully set forth herein. the claim was rejected by the CITY OF PALO ALTO on July 18,2011

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

# CLAIM AGAINST THE CITY OF PALO ALTO

Please Submit form to the City Clerk's Office.
(Attach additional Pages as Necessary)

| 1. Claimant's Name and Home Address (Please Print Clearly) | 2. Send Official Notices and Correspondence to: |
|---|---|
| Carol Durham <br> 47154 Morse Terr. <br> City: Fremont, Zip CA 94539 <br> Telephone (Daytime) 510 386-1187  (Evening) 510 386 1187 | Same <br> City         Zip <br> Telephone (Daytime)    (Evening) |

| 3. Date of Birth (optional) | 4. Date of Incident 3/7/2011 | 5. Time of Incident (AM or PM) 9:00 A-M |
|---|---|---|

| 6. Location of Incident or Accident: Embarcadero | 7. Claimant Vehicle License Plate #, Type and Year: 6LPN 974  VW Beetle 2005 |
|---|---|

8. Basis of Claim. State in detail all facts and circumstances of the incident. Identify all persons, entities, property and City departments involved. State why you believe the City is responsible for the alleged injury, property damage or loss.
See attached statement

Name and Department of city employee who allegedly caused injury or loss
C. Lee  ID# 03673

Type of City Vehicle: Motorcycle and police cars    Vehicle License Number: unknown

| 9. Description of Claimant's injury, property damage or loss: Headaches and emotional | 10. Amount of Claimant's property damage or loss and method of computation. Attach supporting documentation. |
|---|---|
| | ITEMS <br> Medical         $ Still Treating <br> Income          $ not determine <br> $ <br> $ <br> TOTAL AMOUNT    $ <br> Court Jurisdiction: (Check one) <br> Limited Civil: ☐   Unlimited Civil: ☑ |

11. Witnesses Name(if any)    Address    Telephone
1.
2.

12.
Carol Durham                5/26/11
Signature of Claimant or Representative    Date

Carol Durham
Print Name                Relationship to Claimant

Do Not Write In This Space    (Clerk Stamp)

11 JUN 22 PM 1:39
CITY CLERK'S OFFICE
CITY OF PALO ALTO, CA

CRIMINAL PENALTY FOR PRESENTING A FALSE OR FRADULENT CLAIM IS IMPRISONMENT OR FINE OR BOTH. (PENAL CODE 572)

Exhibit "A"

On March 7th 2011 at about 9 am I was driving on Embaradero when I was pulled over by a motorcycle police officer. He said I was driving over the speed limit. I was asked for my license and insurance the process was taking long. I looked in my rear view mirror and noticed the officer standing near a tree about 30 yards from my car. Then I noticed two police cars with sirens and lights approaching me. The officer came to my car, I ask what's going? He said step out of the car. Then he ask if I go by another name. I said no. The officer kept insisting I was Susan Green. The officer ask me to turn around put my hands behind my back lean towards my car he was going to search me. He then touched my legs leaned his body into mine, ask if anything was going to poke him then continued with his forearms to my abdomen continuing up under my breast Then I was ask to turn around lean against my car and ask if I had any tattoos. The officer ask me to lift my pant leg up he needed to see my ankles. At that time he determined I wasn't Susan Green. The other officer left and he continued with giving me the speeding citation.

Carol Durham

CITY OF PALO ALTO, CA
CITY CLERK'S OFFICE

11 JUN 22 PM 1:39