**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROL DURHAM,<br><br>　　　　　Plaintiff,<br>　v.<br>CITY OF PALO ALTO; CRAIG LEE; DOES 1 to 10,<br><br>　　　　　Defendants. | Case No.: 12-CV-0666-LHK<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff Carol Durham ("Plaintiff") filed her complaint on October 25, 2011 in the Superior Court for the County of Santa Clara. Defendants removed this action to the instant court on February 10, 2012. ECF No. 1. On November 1, 2012, Defendants filed a motion for summary judgment. ECF No. 32. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to the motion to dismiss was due on November 15, 2012. As of today, December 13, 2012, Plaintiff has not filed an opposition or statement of nonopposition to Defendants' motion for summary judgment.

The Court hereby orders Plaintiff to show cause why this case should not be dismissed for failure to prosecute. This Order does not authorize Plaintiff to file an untimely opposition to Defendants' motion for summary judgment. Plaintiff has until January 7, 2013 to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **January 23, 2013 at 2:00 P.M.,** the same date as the upcoming case management conference in this matter. Plaintiff's

1

Case No.: 11-CV-0666-LHK
ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

failure to respond to this Order and to appear at the January 23, 2013 hearing will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 13, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge