1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROL DURHAM,  )<br>  )<br>          Plaintiff,  )<br>     v.  )<br>  )<br>CITY OF PALO ALTO; CRAIG LEE; DOES 1 )<br>to 10,  )<br>  )<br>          Defendants.  )<br>  )<br>_____ ) | Case No.: 12-CV-0666-LHK<br><br>ORDER RE: LETTER FROM DEFENSE COUNSEL |

On January 16, 2013, Michael C. Serverian, counsel for Defendants City of Palo Alto and Craig Lee, sent a letter to the Court stating that Mr. Serverian may have a conflict that will prevent Mr. Serverian from appearing at the January 23, 2013 hearing in connection with the Order to Show Cause ("OSC") in this case, which was issued on December 13, 2012. ECF No. 43. Mr. Serverian requests that the Court either move the OSC hearing or allow another attorney from Mr. Serverian's office to appear on his behalf. The Court will not move the OSC hearing. However, another attorney from Mr. Serverian's office may appear on his behalf.

**IT IS SO ORDERED.**

Dated: January 16, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-0666-LHK
ORDER RE: LETTER FROM DEFENSE COUNSEL